# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

143185

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRYAN LEE FLORIOS,
      Defendant-Appellant.

_____/

SC: 143185
COA: 303010
Wayne CC: 09-019842-FC

On order of the Court, the application for leave to appeal the April 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

_____
Clerk

y1116